B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DIAZ, GERMAN** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**DIAZ, MARIA M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA German D. Diaz** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Maria Diaz** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-4543** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-8301** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2333 N. Mango Avenue, 2nd Floor**<br>**Chicago, IL**<br>ZIP Code **60639** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2333 N. Mango Avenue, 2nd Floor**<br>**Chicago, IL**<br>ZIP Code **60639** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ■ Debts are primarily consumer debts,  ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DIAZ, GERMAN** <br> **DIAZ, MARIA M.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** /s/ Gregory D. Bruno                    **June 25, 2012** <br> Signature of Attorney for Debtor(s)            (Date) <br> **Gregory D. Bruno** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DIAZ, GERMAN**<br>**DIAZ, MARIA M.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ GERMAN DIAZ**
_____
Signature of Debtor  **GERMAN DIAZ**

X **/s/ MARIA M. DIAZ**
_____
Signature of Joint Debtor **MARIA M. DIAZ**

_____
Telephone Number (If not represented by attorney)

**June 25, 2012**
_____
Date

### Signature of Attorney*

X **/s/ Gregory D. Bruno**
_____
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
_____
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
_____
Firm Name
**1807 N. Broadway**
**Melrose Park, IL 60160**

_____
Address

**(708) 343-4544  Fax: (708) 343-4670**
_____
Telephone Number
**June 25, 2012**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **GERMAN DIAZ**
**MARIA M. DIAZ**

Debtor(s)

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ GERMAN DIAZ**
                         **GERMAN DIAZ**

Date:     **June 25, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **GERMAN DIAZ**
       **MARIA M. DIAZ**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ MARIA M. DIAZ**
                         **MARIA M. DIAZ**

Date:    **June 25, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **GERMAN DIAZ,**                                        Case No. _____

           **MARIA M. DIAZ**

_____,  Chapter _____**7**_____

                                               Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 220,300.00 | | |
| B - Personal Property | Yes | 4 | 9,436.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 1,556,514.39 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 50 | | 442,120.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,181.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,242.00 |
| Total Number of Sheets of ALL Schedules | | 68 | | | |
| Total Assets | | | 229,736.00 | | |
| Total Liabilities | | | | 1,998,634.70 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **GERMAN DIAZ,**                                    Case No. _____
        **MARIA M. DIAZ**

_____,
                                    Debtors    Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,181.00 |
| Average Expenses (from Schedule J, Line 18) | 4,242.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,150.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 530,220.39 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 442,120.31 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 972,340.70 |

B6A (Official Form 6A) (12/07)

.

In re    **GERMAN DIAZ,**
       **MARIA M. DIAZ**

Case No. _____

_____,
                 Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Three-unit apartment building located at 2333 N. Mango Avenue, Chicago, Illinois; Debtors occupy one unit as their residence; first floor is presently being rented** | **Debtor husband is sole owner of record** | **H** | **127,600.00** | **359,020.39** |
| **Two-flat apartment building located at 2312 N. Major, Chicago, Illinois; purchased and owned by Debtor husband for investment purposes; presently no rent is being collected, and two (2) mortgage loans are in foreclosure; see Schedule D and Statement of Financial Affairs** | **Debtor husband is sole owner of record** | **H** | **Unknown** | **805,994.00** |
| **Three bedroom single-family house located at 917 N. Roy, Northlake, Illinois; purchased and owned by Debtor husband for investment purposes; presently no rent is being collected, and two (2) mortgage loans are in foreclosure; see Schedule D and Statement of Financial Affairs** | **Debtor husband is sole owner of record** | **H** | **92,700.00** | **391,500.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **220,300.00** | (Total of this page) |
| Total > | **220,300.00** | |

   **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **GERMAN DIAZ,**                                   Case No. _____

       **MARIA M. DIAZ**

_____ ,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand**<br>**Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639** | **J** | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Chase Bank, Chicago, Illinois** | **J** | **100.00** |
| | | **Checking account**<br>**Chase Bank, Chicago, Illinois** | **J** | **500.00** |
| | | **Checking account**<br>**Chase Bank, Chicago, Illinois** | **W** | **25.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, computer and printer, cell phones**<br>**Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639** | **J** | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. items of man's, woman's and child's clothing**<br>**Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639** | **J** | **1,000.00** |
| 7. Furs and jewelry. | | **Misc. items of man's and woman's jewelry, to wit: wedding rings, earrings, necklaces, bracelets, costume jewelry items, watches**<br>**Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639** | **J** | **550.00** |

Sub-Total >      **3,275.00**
(Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **GERMAN DIAZ,**                                                    Case No. _____
         **MARIA M. DIAZ**

_____,
                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **GERMAN DIAZ,**
         **MARIA M. DIAZ**

Case No. _____

_____,
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Pontiac Aztek SUV; 65,000 miles; fair condition Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639** | J | 3,661.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. tools, to wit:  various small hand tools, saws, sanders, drills, air compressor, ladders Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639** | J | 2,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >          6,161.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **GERMAN DIAZ,**
       **MARIA M. DIAZ**

Case No. _____

_____ ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **9,436.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **GERMAN DIAZ,**                                          Case No. _____
             **MARIA M. DIAZ**
                                                    ,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639 | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** **Chase Bank, Chicago, Illinois** | 735 ILCS 5/12-1001(b) | **100.00** | **100.00** |
| **Checking account** **Chase Bank, Chicago, Illinois** | 735 ILCS 5/12-1001(b) | **500.00** | **500.00** |
| **Checking account** **Chase Bank, Chicago, Illinois** | 735 ILCS 5/12-1001(b) | **25.00** | **25.00** |
| **Household Goods and Furnishings** **TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, computer and printer, cell phones** Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639 | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** **Misc. items of man's, woman's and child's clothing** Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639 | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** **Misc. items of man's and woman's jewelry, to wit:  wedding rings, earrings, necklaces, bracelets, costume jewelry items, watches** Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639 | **735 ILCS 5/12-1001(b)** | **550.00** | **550.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2004 Pontiac Aztek SUV; 65,000 miles; fair condition** Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639 | **735 ILCS 5/12-1001(c)** | **3,661.00** | **3,661.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** **Misc. tools, to wit:  various small hand tools, saws, sanders, drills, air compressor, ladders** Location: 2333 N. Mango Avenue, 2nd Floor, Chicago IL 60639 | **735 ILCS 5/12-1001(d)** | **2,500.00** | **2,500.00** |
| | Total: | **9,436.00** | **9,436.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **GERMAN DIAZ,**    Case No. _____
**MARIA M. DIAZ**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **1061158030629** <br><br> **Americas Servicing Co** <br> **Po Box 10328** <br> **Des Moines, IA 50306** | | H | | Opened 10/28/05  Last Active  7/10/07 <br><br> old mortgage loan of record <br><br><br> Value $            **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **23546353** <br><br> **Bank of America, N.A.** <br> **450 American Street** <br> **Simi Valley, CA 93065** | | H | | Opened 11/04/05  Last Active 11/30/11 <br> first mortgage <br> **Three bedroom single-family house located at 917 N. Roy, Northlake, Illinois; purchased and owned by Debtor husband for investment purposes; presently no rent is being collected, and two (2) mortgage loans** <br> Value $        **92,700.00** | | | | **195,750.00** | **103,050.00** |
| Account No. **107616633** <br><br> **Bank Of America, N.A.** <br> **450 American St** <br> **Simi Valley, CA 93065** | | H | | Opened  6/27/05  Last Active  8/14/07 <br><br> old mortgage loan of record <br><br><br> Value $            **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **1731013517626** <br><br> **Bank Of America, N.A.** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27410** | | H | | Opened  7/27/95  Last Active  5/01/03 <br><br> old mortgage loan of record <br><br><br> Value $            **Unknown** | | | | 0.00 | **Unknown** |
| **4**   continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | **195,750.00** | **103,050.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **GERMAN DIAZ,**
      **MARIA M. DIAZ,**

Case No. _____

_____ ,
                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7591044598181** <br><br> **Bank Of America, N.A.** <br> **150 Allegheny Center Mal** <br> **Pittsburgh, PA 15212** | | H | **Opened 11/04/05  Last Active  7/01/09** <br><br> **old mortgage loan of record** <br><br> Value $         **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **7591044598182** <br><br> **Bank Of America, N.A.** <br> **150 Allegheny Center Mal** <br> **Pittsburgh, PA 15212** | | H | **Opened 11/04/05  Last Active  7/01/09** <br><br> **old mortgage loan of record** <br><br> Value $         **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **1563013940857** <br><br> **Chase** <br> **PO Box 24696** <br> **Columbus, OH 43224** | | H | **Opened  7/31/07  Last Active 5/01/12** <br> **first mortgage** <br> **Three-unit apartment building located at 2333 N. Mango Avenue, Chicago, Illinois; Debtors occupy one unit as their residence; first floor is presently being rented** <br> Value $       **127,600.00** | | | | 317,535.00 | 189,935.00 |
| Account No. **429423271886** <br><br> **Chase** <br> **Po Box 901039** <br> **Fort Worth, TX 76101** | | H | **Opened  7/31/07  Last Active  2/24/10** <br><br> **old mortgage loan of record** <br><br> Value $         **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **9083013940857** <br><br> **Chase** <br> **PO Box 901039** <br> **Fort Worth, TX 76101** | | H | **Opened  7/01/07  Last Active  7/01/09** <br><br> **old mortgage loan of record** <br><br> Value $         **Unknown** | | | | 0.00 | **Unknown** |

Sheet  **1**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 317,535.00 | 189,935.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **GERMAN DIAZ,**
        **MARIA M. DIAZ**

Case No. _____

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **100900429423271886** | | | | on or about 2007 - 2012 second mortgage / home equity line of credit | | | | | |
| **Chase Home Equity** **JPM Chase Mortgage** **PO Box 24785** **Columbus, OH 43224** | | H | | Three-unit apartment building located at 2333 N. Mango Avenue, Chicago, Illinois; Debtors occupy one unit as their residence; first floor is presently being rented | | | | | |
| | | | | Value $ **127,600.00** | | | | **41,485.39** | **41,485.39** |
| Account No. | | | | | | | | | |
| **Cerno Solutions, LLC** **PO Box 268883** **Oklahoma City, OK 73126** | | | | Representing: **Chase Home Equity** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Cerno Solutions, LLC** **2711 N. Haskell Avenue, Ste. 1800** **Dallas, TX 75204** | | | | Representing: **Chase Home Equity** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Echelon Recovery Inc.** **PO Box 1880** **Voorhees, NJ 08043** | | | | Representing: **Chase Home Equity** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Vital Recovery Services, Inc.** **PO Box 923747** **Norcross, GA 30010** | | | | Representing: **Chase Home Equity** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

Sheet **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**41,485.39** | **41,485.39**

B6D (Official Form 6D) (12/07) - Cont.

In re    **GERMAN DIAZ,**
**MARIA M. DIAZ**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **23546353** <br><br> **Deutsche Bank National** <br> **c/o Johnson Blumberg Associates** <br> **230 W. Monroe Street** <br> **Chicago, IL 60606** | | H | Opened 11/04/05  Last Active 11/30/11 <br> first mortgage <br> **Three bedroom single-family house located at 917 N. Roy, Northlake, Illinois; purchased and owned by Debtor husband for investment purposes; presently no rent is being collected, and two (2) mortgage loans** | | | | | |
| | | | Value $          **92,700.00** | | | | **195,750.00** | **195,750.00** |
| Account No. **5000182225** <br><br> **Fremont Investment & L** <br> **175 N Riverview Dr** <br> **Anaheim, CA 92808** | | H | Opened 10/28/05  Last Active  3/06/06 <br><br> old mortgage loan of record | | | | | |
| | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **5000182316** <br><br> **Fremont Investment & L** <br> **175 N Riverview Dr** <br> **Anaheim, CA 92808** | | H | Opened 10/28/05  Last Active  3/06/06 <br><br> old mortgage loan of record | | | | | |
| | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **38619847** <br><br> **Ocwen Loan Servicing L** <br> **12650 Ingenuity Dr** <br> **Orlando, FL 32826** | | H | Opened 10/28/05  Last Active  7/05/07 <br><br> old mortgage loan of record | | | | | |
| | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **2027249** <br><br> **Prin Res Mtg** <br> **Pob 711** <br> **Des Moines, IA 50303** | | J | Opened 12/01/01  Last Active 10/25/03 <br><br> old mortgage loan of record | | | | | |
| | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **195,750.00** | **195,750.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re    **GERMAN DIAZ,**
         **MARIA M. DIAZ,**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 9501450341 | | | Opened 7/26/07 Last Active 7/01/09 first mortgage | | | | | |
| The Bank of New York c/o Jaros, Tittle & O'Toole, Ltd. 20 N. Clark Street, Ste. 510 Chicago, IL 60602 | | H | Two-flat apartment building located at 2312 N. Major, Chicago, Illinois; purchased and owned by Debtor husband for investment purposes; presently no rent is being collected, and two (2) mortgage loans are in | | | | | |
| | | | Value $         **Unknown** | | | | 359,936.00 | Unknown |
| Account No. 500256839 | | | Opened 7/26/07 Last Active 8/17/09 second mortgage / equity line of credit | | | | | |
| The Bank of New York c/o Jaros, Tittle & O'Toole, Ltd. 20 N. Clark Street, Ste. 510 Chicago, IL 60602 | | H | Two-flat apartment building located at 2312 N. Major, Chicago, Illinois; purchased and owned by Debtor husband for investment purposes; presently no rent is being collected, and two (2) mortgage loans are in | | | | | |
| | | | Value $         **Unknown** | | | | 43,061.00 | Unknown |
| Account No. 9501450341 | | | Opened 7/26/07 Last Active 7/01/09 first mortgage | | | | | |
| Vericrest PO Box 24610 Oklahoma City, OK 73124 | | H | Two-flat apartment building located at 2312 N. Major, Chicago, Illinois; purchased and owned by Debtor husband for investment purposes; presently no rent is being collected, and two (2) mortgage loans are in | | | | | |
| | | | Value $         **Unknown** | | | | 359,936.00 | Unknown |
| Account No. 500256839 | | | Opened 7/26/07 Last Active 8/17/09 second mortgage / equity line of credit | | | | | |
| Vericrest PO Box 24610 Oklahoma City, OK 73124 | | H | Two-flat apartment building located at 2312 N. Major, Chicago, Illinois; purchased and owned by Debtor husband for investment purposes; presently no rent is being collected, and two (2) mortgage loans are in | | | | | |
| | | | Value $         **Unknown** | | | | 43,061.00 | Unknown |
| Account No. 500256839 | | | Opened 7/26/07 Last Active 1/19/09 | | | | | |
| Vericrest 715 S Metropolitan Oklahoma City, OK 73108 | | H | old mortgage loan of record | | | | | |
| | | | Value $         **Unknown** | | | | 0.00 | Unknown |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 805,994.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,556,514.39 | 530,220.39 |

B6E (Official Form 6E) (4/10)

.

In re   **GERMAN DIAZ,**
     **MARIA M. DIAZ**
                                     ,
                           Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **GERMAN DIAZ,**
    **MARIA M. DIAZ**

Case No. _____

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 5856370690954764 <br><br> **Alliance Data Systems** <br> **Prof. Bur. of Coll. of Maryland Inc** <br> **PO Box 628** <br> **Elk Grove, CA 95759** | | | | J | on or about 2005 - 2009 <br> **Claim for balance due on credit account** | | | | 12,351.50 |
| Account No. <br><br> **CAC Financial Corp.** <br> **2601 NW Expressway, Ste. 1000 East** <br> **Oklahoma City, OK 73112** | | | | | Representing: <br> **Alliance Data Systems** | | | | **Notice Only** |
| Account No. 5424230602019077 <br><br> **Amaglmtd Bnk** <br> **1 W Monroe** <br> **Chicago, IL 60603** | | | | J | Opened  2/12/88  Last Active 10/16/03 <br> **Credit Card** | | | | 0.00 |
| Account No. **BANK OF A-113345755** <br><br> **Asset Acceptance LLC** <br> **PO Box 1630** <br> **Warren, MI 48090** | | H | | | Opened 11/28/11  Last Active  8/01/09 <br> **Collection on account for and/or acquired from Bank Of America** | | | | 17,448.00 |

  **49**  continuation sheets attached

Subtotal
(Total of this page)

**29,799.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GERMAN DIAZ,**
      **MARIA M. DIAZ**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **THE ROOMP-112944285**<br><br>**Asset Acceptance LLC**<br>**PO Box 1630**<br>**Warren, MI 48090** | | H | **Opened  7/26/11  Last Active  6/01/09**<br>**Collection on account for and/or acquired from The Roomplace / WFFNB** | | | | **12,794.00** |
| Account No. **THE ROOMP-112944286**<br><br>**Asset Acceptance LLC**<br>**PO Box 1630**<br>**Warren, MI 48090** | | W | **Opened  7/26/11  Last Active  6/01/09**<br>**Collection on account for and/or acquired from he Room Place / WFNNB** | | | | **7,271.76** |
| Account No.<br><br>**RGS Collections**<br>**PO Box 852039**<br>**Richardson, TX 75085** | | | **Representing:**<br>**Asset Acceptance LLC** | | | | **Notice Only** |
| Account No. 4313028999455095<br><br>**Asset Acceptance LLC**<br>**PO Box 1630**<br>**Warren, MI 48090** | | H | **Opened  4/18/95  Last Active  8/01/09**<br>**Claim for balance due on account** | | | | **17,372.76** |
| Account No.<br><br>**Associated Recovery Systems**<br>**ARS National Services Inc.**<br>**PO Box 463023**<br>**Escondido, CA 92046** | | | **Representing:**<br>**Asset Acceptance LLC** | | | | **Notice Only** |

Sheet no. __1___ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,438.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
      **MARIA M. DIAZ**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11-2944286 / 04899212**<br><br>**Asset Acceptance LLC**<br>**PO Box 1630**<br>**Warren, MI 48090** | | J | **on or about 2004 - 2011**<br>**Claim for balance due on account** | | | | **6,878.18** |
| Account No. **4427100012003542**<br><br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | H | **Opened  6/14/00  Last Active 10/01/00**<br>**Credit account** | | | | **0.00** |
| Account No. **4313028595234563**<br><br>**Bank Of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | | H | **Opened  4/18/95  Last Active  3/09/09**<br>**Credit Card** | | | | **0.00** |
| Account No. **4313 0285 9582 3969**<br><br>**Bank of America**<br>**PO Box 15019**<br>**Wilmington, DE 19886** | | J | **on or about 2008 - 2011**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **15,271.03** |
| Account No.<br><br>**Asset Acceptance LLC**<br>**PO Box 1630**<br>**Warren, MI 48090** | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |

Sheet no. __**2**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,149.21**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
      **MARIA M. DIAZ,**

Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Bank of America, N.A.**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | J | | **Claim for deficiency in mortgage loan and escrow account** | | | | **Unknown** |
| Account No.<br><br>**Belmont, Daniel, M.D.**<br>**1853 W. Congress Parkway, #622**<br>**Chicago, IL 60612** | | J | | **on 12/17/2011**<br>**Medical services** | | | | **683.00** |
| Account No.<br><br>**Nationwide Credit & Collection Inc.**<br>**815 Commerce Dr., Ste. 270**<br>**Oak Brook, IL 60523** | | | | **Representing:**<br>**Belmont, Daniel, M.D.** | | | | **Notice Only** |
| Account No. **6035320038872105**<br><br>**Cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | J | | **Opened  3/29/96**<br>**Charge Account** | | | | **Unknown** |
| Account No. **0500256839**<br><br>**Cerno Solutions, LLC**<br>**2711 N. Haskell Avenue, Ste. 1800**<br>**Dallas, TX 75204** | | | H | **on or about 2009 - 2012**<br>**Claim for balance due on charged-offed account acquired from Chase Home Equity / JPM Chase Mortgage** | | | | **40,866.66** |

Sheet no. __3___ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,549.66**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **GERMAN DIAZ,**
**MARIA M. DIAZ** Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Cerno Solutions, LLC <br> PO Box 268883 <br> Oklahoma City, OK 73126 | | | | Representing: <br> Cerno Solutions, LLC | | | | Notice Only |
| Account No. 4266841184315248 <br><br> Chase <br> Po Box 15298 <br> Wilmington, DE 19850 | | W | | Opened 7/19/08 Last Active 12/01/11 <br> Claim for balance due on account | | | | 1.00 |
| Account No. <br><br> Chase <br> JPM Chase Mortgage <br> PO Box 24696 <br> Columbus, OH 43224 | | H | | Claim for deficiency in mortgage loan and escrow account | | | | Unknown |
| Account No. 11-2944286 / 04899212 <br><br> Chase # 04899212-44  AA <br> Chase Receivables <br> 1247 Broadway <br> Sonoma, CA 95476 | | J | | on or about 2004 - 2011 <br> Claim for balance due on credit account | | | | 6,878.18 |
| Account No. <br><br> Asset Acceptance LLC <br> PO Box 1630 <br> Warren, MI 48090 | | | | Representing: <br> Chase # 04899212-44  AA | | | | Notice Only |

Sheet no. \_\_**4**\_\_ of \_\_**49**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,879.18

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**                                   Case No. _____
      **MARIA M. DIAZ**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No. XXXX-XXXX-XXXX-5399** | | | | **on or about 2004 - 2010** **Claim for balance due on credit account** | | | | |
| **Chase / Chase Bank USA, N.A.** **c/o Law Offices of Mitchell N. Kay** **7 Penn Plaza** **New York, NY 10001** | J | | | | | | | **182.17** |
| Account No. **117301** | | | | **Opened  3/15/96** **Credit account** | | | | |
| **Chase Bank Usa, Na** **Po Box 15298** **Wilmington, DE 19850** | H | | | | | | | **Unknown** |
| Account No. **5121-0750-3430-3185** | | | | **on or about 2008 - 2011** **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | |
| **Citibank N A** **701 E 60th St N** **Sioux Falls, SD 57104** | J | | | | | | | **3,946.80** |
| Account No. | | | | **Representing:** **Citibank N A** | | | | |
| **Midland Credit Management, Inc.** **P.O. Box 60578** **Los Angeles, CA 90060** | | | | | | | | **Notice Only** |
| Account No. | | | | **Representing:** **Citibank N A** | | | | |
| **Midland Credit Management, Inc.** **8875 Aero Drive** **San Diego, CA 92123** | | | | | | | | **Notice Only** |

Sheet no. __**5**__ of __**49**__ sheets attached to Schedule of                           Subtotal            | **4,128.97**
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
      **MARIA M. DIAZ,**
                                               ,

Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Midland Funding LLC** <br>**Midland Credit Management, Inc.** <br>**P.O. Box 60578** <br>**Los Angeles, CA 90060** | | | Representing: <br>**Citibank N A** | | | | **Notice Only** |
| Account No. **6035320295887382** <br><br>**Citibank, N.A. / The Home Depot** <br>**PO Box 6497** <br>**Sioux Falls, SD 57117** | | J | **Opened  4/06/09  Last Active  6/24/09** <br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **7,540.00** |
| Account No. <br><br>**ARS National Services, Inc.** <br>**P.O. Box 463023** <br>**Escondido, CA 92046** | | | Representing: <br>**Citibank, N.A. / The Home Depot** | | | | **Notice Only** |
| Account No. <br><br>**Associated Recovery Systems** <br>**ARS National Services Inc.** <br>**PO Box 469046** <br>**Escondido, CA 92046** | | | Representing: <br>**Citibank, N.A. / The Home Depot** | | | | **Notice Only** |
| Account No. <br><br>**Client Services, Inc.** <br>**3451 Harry S. Truman Blvd.** <br>**Saint Charles, MO 63301** | | | Representing: <br>**Citibank, N.A. / The Home Depot** | | | | **Notice Only** |

Sheet no. __6__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,540.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**   Case No. _____
        **MARIA M. DIAZ**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W C | | | | | |
| Account No. <br><br>**NCO Financial Systems**<br>**P.O. Box 15889**<br>**Wilmington, DE 19850** | | | | Representing:<br>**Citibank, N.A. / The Home Depot** | | | | **Notice Only** |
| Account No. **6035320295888323** <br><br>**Citibank, N.A. / The Home Depot**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | J | | | **Opened  4/06/09  Last Active  2/01/10**<br>**Misc. credit card purchases for food, clothes,**<br>**gas, household goods and/or various sundry**<br>**items.** | | | | **3,598.00** |
| Account No. <br><br>**ARS National Services, Inc.**<br>**P.O. Box 463023**<br>**Escondido, CA 92046** | | | | Representing:<br>**Citibank, N.A. / The Home Depot** | | | | **Notice Only** |
| Account No. <br><br>**Associated Recovery Systems**<br>**ARS National Services Inc.**<br>**PO Box 469046**<br>**Escondido, CA 92046** | | | | Representing:<br>**Citibank, N.A. / The Home Depot** | | | | **Notice Only** |
| Account No. <br><br>**Client Services, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**Saint Charles, MO 63301** | | | | Representing:<br>**Citibank, N.A. / The Home Depot** | | | | **Notice Only** |

Sheet no. __**7**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,598.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
      **MARIA M. DIAZ**                                                 Case No. _____

                                                                 ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NCO Financial Systems** <br>**P.O. Box 15889** <br>**Wilmington, DE 19850** | | | **Representing:** <br>**Citibank, N.A. / The Home Depot** | | | | **Notice Only** |
| Account No. **6012500149697361** <br><br>**Consecofin** <br>**345 St Peter/900 Landmk** <br>**Saint Paul, MN 55102** | | H | **Opened  7/01/97  Last Active 12/01/99** <br>**Charge Account** | | | | **0.00** |
| Account No. <br><br>**Deutsche Bank National** <br>**c/o Johnson Blumberg Associates** <br>**230 W. Monroe Street** <br>**Chicago, IL 60606** | | H | **Claim for deficiency in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **601100744064** <br><br>**Discover Fin Svcs Llc** <br>**Po Box 15316** <br>**Wilmington, DE 19850** | | H | **Opened  1/24/00  Last Active  7/31/01** <br>**Credit account** | | | | **Unknown** |
| Account No. **05 0428 51605** <br><br>**Farmers Insurance Group** <br>**c/o Credit Collection Services** <br>**Two Wells Avenue** <br>**Newton Center, MA 02459** | | J | **on or about 12/12/2011** <br>**Claim for balance due on insurance account** | | | | **85.68** |

Sheet no. __8___ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal
                                      (Total of this page)       **85.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
    **MARIA M. DIAZ**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4313-0289-9945-5095**<br><br>**FIA Card Services**<br>**FIA Card Services, N.A.**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | | J | **Opened  4/18/95  Last Active  8/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 17,372.76 |
| Account No.<br><br>**Asset Acceptance LLC**<br>**PO Box 1630**<br>**Warren, MI 48090** | | | Representing:<br>FIA Card Services | | | | Notice Only |
| Account No.<br><br>**Associated Recovery Systems**<br>**ARS National Services Inc.**<br>**PO Box 463023**<br>**Escondido, CA 92046** | | | Representing:<br>FIA Card Services | | | | Notice Only |
| Account No. **4313 0285 9582 3969**<br><br>**FIA Card Services**<br>**FIA Card Services, N.A.**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886** | | J | **on or about 2008 - 2011**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 15,271.03 |
| Account No.<br><br>**Asset Acceptance LLC**<br>**PO Box 1630**<br>**Warren, MI 48090** | | | Representing:<br>FIA Card Services | | | | Notice Only |

Sheet no. __9___ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,643.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
    **MARIA M. DIAZ**

Case No. _____

                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1044598182** <br><br> **First Franklin Loan Services** <br> **PO Box 660598** <br> **Dallas, TX 75266** | | J | **on or about 2006 - 2009** <br> **Claim for balance due on credit account** | | | | **1,820.44** |
| Account No. **1044598181** <br><br> **First Franklin Loan Services** <br> **PO Box 660598** <br> **Dallas, TX 75266** | | J | **on or about 2006 - 2009** <br> **Claim for balance due on credit account** | | | | **3,666.24** |
| Account No. **5178006132240773** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | | H | **Opened  6/26/09  Last Active  7/01/09** <br> **Credit account** | | | | **0.00** |
| Account No. **7714100495545790** <br><br> **GE Capital Retail Bank / Sam's Club** <br> **Attn:  Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | J | **Opened  3/31/09  Last Active  5/31/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,586.41** |
| Account No. <br><br> **First National Collection Bureau** <br> **610 Watham Way** <br> **Sparks, NV 89434** | | | **Representing:** <br> **GE Capital Retail Bank / Sam's Club** | | | | **Notice Only** |

Sheet no. __**10**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,073.09**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
         **MARIA M. DIAZ,**

Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 81924141483214<br><br>Gecrb / Lowe's<br>PO Box 103065<br>Roswell, GA 30076 | | H | Opened 3/18/09 Last Active 7/01/09<br>Credit account | | | | 0.00 |
| Account No. 7714100082585092<br><br>Gecrb/Sams<br>Po Box 965005<br>Orlando, FL 32896 | | W | Opened 12/19/05 Last Active 4/19/06<br>Charge Account | | | | 0.00 |
| Account No. 7714110082585092<br><br>Gecrb/Sams Club<br>Po Box 981400<br>El Paso, TX 79998 | | W | Opened 12/19/05<br>Charge Account | | | | 0.00 |
| Account No. 7714110495545790<br><br>Gecrb/Sams Club<br>Po Box 981400<br>El Paso, TX 79998 | | H | Opened 3/31/09 Last Active 7/01/09<br>Charge Account | | | | 0.00 |
| Account No. 6011361008732000<br><br>Gecrb/Sams Club Dc<br>Po Box 981400<br>El Paso, TX 79998 | | W | Opened 12/19/05 Last Active 2/10/08<br>Credit account | | | | 0.00 |

Sheet no. __11__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**                                                    Case No. _____
         **MARIA M. DIAZ**
                                                            ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **6032203384513395**<br><br>**Gemb / Walmart**<br>**PO Box 981400**<br>**El Paso, TX 79998** | | W | | Opened 5/07/09 Last Active 7/01/09<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 749.01 |
| Account No.<br><br>**Security Credit Service**<br>**2623 W. Oxford Loop**<br>**Oxford, MS 38655** | | | | Representing:<br>**Gemb / Walmart** | | | | Notice Only |
| Account No.<br><br>**Security Credit Services LLC**<br>**2653 W. Oxford Loop**<br>**Oxford, MS 38655** | | | | Representing:<br>**Gemb / Walmart** | | | | Notice Only |
| Account No.<br><br>**United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd., Ste. 206**<br>**Toledo, OH 43614** | | | | Representing:<br>**Gemb / Walmart** | | | | Notice Only |
| Account No. **G35689801**<br><br>**Gottlieb Memorial Hospital**<br>**PO Box 74867**<br>**Chicago, IL 60694** | | J | | on or about 2011<br>**Medical services** | | | | 75.00 |

Sheet no. __**12**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

824.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **GERMAN DIAZ,**
     **MARIA M. DIAZ,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Powers & Moon, LLC<br>707 Lake Cook Road, Ste. 102<br>Deerfield, IL 60015 | | | Representing:<br>Gottlieb Memorial Hospital | | | | Notice Only |
| Account No. G35862754<br><br>Gottlieb Memorial Hospital<br>PO Box 74867<br>Chicago, IL 60694 | | J | on or about 2012<br>Medical services | | | | 100.00 |
| Account No.<br><br>Powers & Moon, LLC<br>707 Lake Cook Road, Ste. 102<br>Deerfield, IL 60015 | | | Representing:<br>Gottlieb Memorial Hospital | | | | Notice Only |
| Account No. 5856370690954764<br><br>Harlem Furniture<br>Prof. Bur. of Coll. of Maryland Inc<br>PO Box 628<br>Elk Grove, CA 95759 | | J | on or about 2005 - 20011<br>Claim for balance due on credit account | | | | 12,351.50 |
| Account No.<br><br>CAC Financial Corp.<br>2601 NW Expressway, Ste. 1000 East<br>Oklahoma City, OK 73112 | | | Representing:<br>Harlem Furniture | | | | Notice Only |

Sheet no. __13__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,451.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **GERMAN DIAZ,**
       **MARIA M. DIAZ,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **National Recovery Center, Inc.** <br> **6491 Peachtree Industrial Blvd.** <br> **Atlanta, GA 30360** | | | | **Representing:** <br> **Harlem Furniture** | | | | **Notice Only** |
| Account No. <br><br> **Retail Recovery Service of NJ, Inc.** <br> **190 Moore Street, Ste. 201** <br> **Hackensack, NJ 07601** | | | | **Representing:** <br> **Harlem Furniture** | | | | **Notice Only** |
| Account No. **5856370690955159** <br><br> **Harlem Furniture** <br> **Retail Recovery Service of NJ, Inc.** <br> **190 Moore Street, Ste. 201** <br> **Hackensack, NJ 07601** | J | | | **on or about 2004 - 2011** <br> **Claim for balance due on credit account** | | | | **6,878.18** |
| Account No. <br><br> **CAC Financial Corp.** <br> **2601 NW Expressway, Ste. 1000 East** <br> **Oklahoma City, OK 73112** | | | | **Representing:** <br> **Harlem Furniture** | | | | **Notice Only** |
| Account No. <br><br> **National Recovery Center, Inc.** <br> **6491 Peachtree Industrial Blvd.** <br> **Atlanta, GA 30360** | | | | **Representing:** <br> **Harlem Furniture** | | | | **Notice Only** |

Sheet no. \_\_**14**\_\_ of \_\_**49**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,878.18**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
      **MARIA M. DIAZ**
                                                  ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Professional Bureau of Collections of Maryland, Inc.** <br> **P.O. Box 628** <br> **Elk Grove, CA 95759** | | | Representing: <br> Harlem Furniture | | | | **Notice Only** |
| Account No. **211202-0100008266** <br><br> **HSBC / Carson's** <br> **PO Box 15521** <br> **Wilmington, DE 19805** | | W | Opened 4/11/09 Last Active 4/20/10 <br> Claim for balance due on credit account | | | | **1,596.96** |
| Account No. <br><br> **J.C. Christensen & Associates** <br> **P.O. Box 519** <br> **Sauk Rapids, MN 56379** | | | Representing: <br> HSBC / Carson's | | | | **Notice Only** |
| Account No. <br><br> **LVNV Funding LLC** <br> **P.O. Box 740281** <br> **Houston, TX 77274** | | | Representing: <br> HSBC / Carson's | | | | **Notice Only** |
| Account No. <br><br> **Resurgent Capital Services LP** <br> **c/o J.C. Christensen & Associates** <br> **P.O. Box 519** <br> **Sauk Rapids, MN 56379** | | | Representing: <br> HSBC / Carson's | | | | **Notice Only** |

Sheet no. __15__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,596.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GERMAN DIAZ,**
       **MARIA M. DIAZ,**
                                                                        Case No. _____
                                                         ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Weltman, Weinberg & Reis Co., L.P.A**<br>**PO Box 93784**<br>**Cleveland, OH 44101** | | | **Representing:**<br>**HSBC / Carson's** | | | | **Notice Only** |
| Account No. **6004-3001-1264-3991**<br><br>**HSBC / Menard's**<br>**90 Christiana Road**<br>**New Castle, DE 19720** | | H | **Opened 4/04/09 Last Active 7/13/10**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **4,410.53** |
| Account No. <br><br>**HSBC Retail Services**<br>**PO Box 17602**<br>**Baltimore, MD 21297** | | | **Representing:**<br>**HSBC / Menard's** | | | | **Notice Only** |
| Account No. <br><br>**Weltman, Weinberg & Reis Co., L.P.A**<br>**PO Box 93784**<br>**Cleveland, OH 44101** | | | **Representing:**<br>**HSBC / Menard's** | | | | **Notice Only** |
| Account No. **5156250068775644**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | **Opened 4/20/09 Last Active 7/01/09**<br>**Charge Account** | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. __**16**__ of __**49**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **4,410.53** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
         **MARIA M. DIAZ**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| Weltman, Weinberg & Reis Co., L.P.A PO Box 93784 Cleveland, OH 44101 | | | | | Representing: Hsbc Bank | | | | Notice Only |
| Account No. 6004300112643991 | | J | | | on or about 2007 - 2011 Claim for balance due on credit account | | | | |
| HSBC Bank Nevada PO Box 15519 Wilmington, DE 19850 | | | | | | | | | 5,093.73 |
| Account No. | | | | | | | | | |
| Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060 | | | | | Representing: HSBC Bank Nevada | | | | Notice Only |
| Account No. | | | | | | | | | |
| Midland Credit Management, Inc. 8875 Aero Drive San Diego, CA 92123 | | | | | Representing: HSBC Bank Nevada | | | | Notice Only |
| Account No. | | | | | | | | | |
| Midland Funding LLC Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060 | | | | | Representing: HSBC Bank Nevada | | | | Notice Only |

Sheet no. __17__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,093.73

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
        **MARIA M. DIAZ**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **Portfolio Recovery Associates LLC** <br> **P.O. Box 12914** <br> **Norfolk, VA 23541** | | | | Representing: <br> HSBC Bank Nevada | | | | **Notice Only** |
| Account No. <br><br> **United Recovery Systems, LP** <br> **P.O. Box 722929** <br> **Houston, TX 77272** | | | | Representing: <br> HSBC Bank Nevada | | | | **Notice Only** |
| Account No. <br><br> **Weltman, Weinberg & Reis Co., L.P.A** <br> **PO Box 93784** <br> **Cleveland, OH 44101** | | | | Representing: <br> HSBC Bank Nevada | | | | **Notice Only** |
| Account No. **169602-2185781253** <br><br> **HSBC Bank Nevada / Best Buy** <br> **PO Box 15519** <br> **Wilmington, DE 19850** | | H | | **Opened 4/20/09 Last Active 7/16/10** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **6,423.80** |
| Account No. <br><br> **Main Street Acquisition Corp.** <br> **7473 West Lake Meade, 216** <br> **Las Vegas, NV 89128** | | | | Representing: <br> HSBC Bank Nevada / Best Buy | | | | **Notice Only** |

Sheet no. __18__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,423.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
      **MARIA M. DIAZ**                                Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mercantile Adjustment Bureau, LLC**<br>**PO Box 9016**<br>**Buffalo, NY 14231** | | | **Representing:**<br>**HSBC Bank Nevada / Best Buy** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Portfolio Recovery Associates LLC**<br>**P.O. Box 12914**<br>**Norfolk, VA 23541** | | | **Representing:**<br>**HSBC Bank Nevada / Best Buy** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **United Recovery Systems, LP**<br>**P.O. Box 722929**<br>**Houston, TX 77272** | | | **Representing:**<br>**HSBC Bank Nevada / Best Buy** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Weltman, Weinberg & Reis Co., L.P.A**<br>**PO Box 93784**<br>**Cleveland, OH 44101** | | | **Representing:**<br>**HSBC Bank Nevada / Best Buy** | | | | **Notice Only** |
| Account No. **XXXXX9364** | | | **on or about 2008 - 2011**<br>**Claim for balance due on credit account** | | | | |
| **HSBC Bank Nevada National**<br>**c/o Weltman, Weinberg & Reis Co.**<br>**PO Box 93784**<br>**Cleveland, OH 44101** | | J | | | | | **1,555.53** |

Sheet no. \_\_**19**\_\_ of \_\_**49**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,555.53**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
      **MARIA M. DIAZ,**

Case No. _____

                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9878208 <br><br> Illinois Collection Se <br> 8231 185th St Ste 100 <br> Tinley Park, IL 60487 | | H | Opened 6/18/07 <br> Collection Addison Emergency Ph | | | | 729.00 |
| Account No. 053744802952 <br><br> Kohls/Capone <br> N56 W 17000 Ridgewood Dr <br> Menomonee Falls, WI 53051 | | W | Opened 4/11/09 Last Active 7/01/09 <br> ChargeAccount | | | | 694.00 |
| Account No. 022 0510 0000 <br><br> Leyden Township <br> 2501 N. Mannheim Road <br> Franklin Park, IL 60131 | | J | on or about 2009 - 2012 <br> Claim for balance due on water utility account | | | | 801.34 |
| Account No. 81924141483214 <br><br> Lowe's <br> PO Box 530914 <br> Atlanta, GA 30353 | | J | Opened 3/18/09 Last Active 7/01/09 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 1,250.52 |
| Account No. 1689035 <br><br> Loyola Univ. Medical Center <br> PO Box 3266 <br> Milwaukee, WI 53201 | | J | on or about 12/17/2011 <br> Medical services | | | | 683.00 |

Sheet no. __20__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,157.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
　　　　**MARIA M. DIAZ,**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nationwide Credit & Collection Inc.** <br> **815 Commerce Dr., Ste. 270** <br> **Oak Brook, IL 60523** | | | Representing: <br> **Loyola Univ. Medical Center** | | | | **Notice Only** |
| Account No. **2112020100008266** <br><br> **LVNV Funding LLC** <br> **PO Box 740281** <br> **Houston, TX 77274** | | W | **Opened 4/16/10 Last Active 9/01/09** <br> **Claim pending against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Illinois, Case No. 2012 M1-117948** | | | | **1,565.69** |
| Account No. <br><br> **Weltman, Weinberg & Reis Co., LPA** <br> **180 N. LaSalle Street, Ste. 2400** <br> **Chicago, IL 60601** | | | Representing: <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. **2112020100008266 / 10643692** <br><br> **LVNV Funding LLC** <br> **P.O. Box 740281** <br> **Houston, TX 77274** | | J | **on or about 2004 - 2011** <br> **Claim for balance due on account for and/or acquired from Carson's and/or HSBC Bank Nevada and/or Resurgent Capital Services LP** | | | | **1,596.96** |
| Account No. <br><br> **J.C. Christensen & Associates** <br> **P.O. Box 519** <br> **Sauk Rapids, MN 56379** | | | Representing: <br> **LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**21**__ of __**49**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,162.65**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**                                                    Case No. _____
         **MARIA M. DIAZ**

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5156250068775644**<br><br>**Main Street Acquisition Corp.**<br>**7473 West Lake Meade,  216**<br>**Las Vegas, NV 89128** | | H | **Opened  8/10/09**<br>**Collection on account for and/or acquired from Hsbc Bank Nevada** | | | | **8,339.00** |
| Account No.<br><br>**Mercantile Adjustment Bureau, LLC**<br>**PO Box 9016**<br>**Buffalo, NY 14231** | | | **Representing:**<br>**Main Street Acquisition Corp.** | | | | **Notice Only** |
| Account No. **6004-3001-1264-3991**<br><br>**Menards**<br>**c/o HSBC Retail Services**<br>**PO Box 17602**<br>**Baltimore, MD 21297** | | J | **Opened  4/04/09  Last Active  7/13/10**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **4,410.53** |
| Account No. **8538787514**<br><br>**Midland Credit Mgmt In**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | H | **Opened  2/18/11  Last Active  7/01/09**<br>**Collection for balance due on account for and/or acquired from Hsbc Bank Nevada N.A** | | | | **6,527.00** |
| Account No. **8534578322**<br><br>**Midland Credit Mgmt In**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | W | **Opened  4/30/10  Last Active  6/01/09**<br>**Collection for balance due on account for and/or acquired from Citibank** | | | | **6,008.00** |

Sheet no. __**22**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,284.53**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
    **MARIA M. DIAZ,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8539837305<br><br>Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123 | | W | Opened 5/19/11 Last Active 1/01/10<br>Collection for balance due on account for and/or acquired from Citibank Usa N.A. | | | | 3,841.00 |
| Account No. 8533527555<br><br>Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123 | | W | Opened 1/22/10 Last Active 4/01/09<br>Collection for balance due on account for and/or acquired from Citibank | | | | 3,777.00 |
| Account No. 8533763210<br><br>Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123 | | H | Opened 2/25/10 Last Active 7/01/09<br>Collection for balance due on account for and/or acquired from GE Money Bank / GECRB | | | | 1,825.00 |
| Account No. 8534590522<br><br>Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123 | | H | Opened 4/30/10 Last Active 7/01/09<br>Collection for balance due on account for and/or acquired from Citibank | | | | 1,063.00 |
| Account No. 8534679801<br><br>Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123 | | W | Opened 5/20/10 Last Active 7/01/09<br>Collection for balance due on account for and/or acquired from Citibank | | | | 707.00 |

Sheet no. __23__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    11,213.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
        **MARIA M. DIAZ,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8534578544<br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | H | **Opened  4/30/10  Last Active  7/01/09**<br>**Collection on account for and/or acquired**<br>**from Citibank** | | | | **10,924.00** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. Case No. 2010-M1-181177<br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | J | **on or about 3/31/2011**<br>**Judgment entered against Debtor for monies**<br>**owed, plus court costs, atty's fees and**<br>**statutory interest, in lawsuit filed in Circuit**<br>**Court of Cook County, Illinois, Case No.**<br>**2010-M1-181177** | | | | **5,954.83** |
| Account No.<br><br>**Blatt, Hasenmiller, Leibsker & Moor**<br>**125 S. Wacker Drive, Ste.400**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |

Sheet no. __**24**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,878.83**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GERMAN DIAZ,**
 **MARIA M. DIAZ**                                                        Case No. _____

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Midland Credit Management, Inc. 8875 Aero Drive San Diego, CA 92123** | | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Midland Credit Mgmt., Inc. Department 8870 Los Angeles, CA 90084** | | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No.  8533527555 | J | | | on or about 2008 - 2011 **Claim for balance due on account for and/or acquired from Citibank** | | | | |
| **Midland Funding LLC Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060** | | | | | | | | **3,946.80** |
| Account No. | | | | | | | | |
| **Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060** | | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Midland Credit Management, Inc. 8875 Aero Drive San Diego, CA 92123** | | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |

Sheet no.  __25__  of  __49__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **3,946.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**                                            Case No. _____
      **MARIA M. DIAZ**

                                                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **8538787514**<br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | J | | on or about 2008 - 2011<br>**Claim for balance due on account for and/or acquired from HSBC Bank Nevada N.A.** | | | | **6,747.22** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. **8543154321**<br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | J | | on or about 2008 - 2011<br>**Claim for balance due on account for and/or acquired from Target National Bank** | | | | **2,816.12** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |

Sheet no. __26__ of __49__ sheets attached to Schedule of                                    Subtotal                    **9,563.34**
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
    **MARIA M. DIAZ**                              Case No. _____

                                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Midland Credit Management, Inc.<br>8875 Aero Drive<br>San Diego, CA 92123 | | | Representing:<br>Midland Funding LLC | | | | Notice Only |
| Account No. 8543393577<br><br>Midland Funding LLC<br>Midland Credit Management, Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060 | | J | on or about 2008 - 2011<br>Claim for balance due on account for and/or acquired from Target National Bank | | | | 933.13 |
| Account No.<br><br>Midland Credit Management, Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060 | | | Representing:<br>Midland Funding LLC | | | | Notice Only |
| Account No.<br><br>Midland Credit Management, Inc.<br>8875 Aero Drive<br>San Diego, CA 92123 | | | Representing:<br>Midland Funding LLC | | | | Notice Only |
| Account No. 8534578322<br><br>Midland Funding LLC<br>Midland Credit Management, Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060 | | J | on or about 2008 - 2011<br>Claim for balance due on account for and/or acquired from Citibank | | | | 5,958.09 |

Sheet no. __27__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal      6,891.22
                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**                                        Case No. _____
          **MARIA M. DIAZ**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No.  **8534590522** <br><br> **Midland Funding LLC** <br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | J | **on or about 2008 - 2011** <br> **Claim for balance due on account for and/or acquired from Citibank** | | | | **986.59** |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |

Sheet no. __28__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**986.59**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
    **MARIA M. DIAZ**                                                     Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8534679801<br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | J | on or about 2008 - 2011<br>**Claim for balance due on account for and/or acquired from Citibank** | | | | 702.93 |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | **Representing:**<br>**Midland Funding LLC** | | | | Notice Only |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | **Representing:**<br>**Midland Funding LLC** | | | | Notice Only |
| Account No. 8534578544<br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | J | on or about 2008 - 2011<br>**Claim for balance due on account for and/or acquired from Citibank** | | | | 10,438.18 |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | **Representing:**<br>**Midland Funding LLC** | | | | Notice Only |

Sheet no. __29__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,141.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
      **MARIA M. DIAZ**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | | Representing: <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. **37-99-61-0495 8** <br><br> **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | | H | | Opened 11/02/05  Last Active  4/07/06 <br> Claim for balance on utility service account | | | | **115.10** |
| Account No. **6500010455250** <br><br> **Peoples Gas / Peoples Energy** <br> **130 E. Randolph Drive** <br> **Chicago, IL 60601** | | H | | Opened  7/01/95  Last Active 12/01/11 <br> Claim for balance on utility service account | | | | **57.00** |
| Account No. <br><br> **Professional Recovery Consultants** <br> **2700 Meridian Parkway, Ste. 200** <br> **Durham, NC 27713** | | | | Representing: <br> **Peoples Gas / Peoples Energy** | | | | **Notice Only** |
| Account No. **6500042562936** <br><br> **Peoples Gas / Peoples Energy** <br> **130 E. Randolph Drive** <br> **Chicago, IL 60601** | | H | | Opened 12/01/05  Last Active  2/01/11 <br> Claim for balance on utility service account | | | | **Unknown** |

Sheet no. __30__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**172.10**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
    **MARIA M. DIAZ**                          Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Professional Recovery Consultants** <br>**2700 Meridian Parkway, Ste. 200** <br>**Durham, NC 27713** | | | **Representing:** <br>**Peoples Gas / Peoples Energy** | | | | **Notice Only** |
| Account No. **6500044630284** <br><br>**Peoples Gas / Peoples Energy** <br>**130 E. Randolph Drive** <br>**Chicago, IL 60601** | | H | **Opened  7/01/06  Last Active  1/01/07** <br>**Claim for balance on utility service account** | | | | **Unknown** |
| Account No. <br><br>**Professional Recovery Consultants** <br>**2700 Meridian Parkway, Ste. 200** <br>**Durham, NC 27713** | | | **Representing:** <br>**Peoples Gas / Peoples Energy** | | | | **Notice Only** |
| Account No. **6500048098487** <br><br>**Peoples Gas / Peoples Energy** <br>**130 E. Randolph Drive** <br>**Chicago, IL 60601** | | H | **Opened  5/01/07  Last Active 10/01/07** <br>**Claim for balance on utility service account** | | | | **Unknown** |
| Account No. <br><br>**Professional Recovery Consultants** <br>**2700 Meridian Parkway, Ste. 200** <br>**Durham, NC 27713** | | | **Representing:** <br>**Peoples Gas / Peoples Energy** | | | | **Notice Only** |

Sheet no. __31__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**                                                    Case No. _____
         **MARIA M. DIAZ,**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **6-5000-5031-1517**<br><br>**Peoples Gas / Peoples Energy**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60601** | | H | | **Opened 12/01/07  Last Active  4/01/11**<br>**Claim for balance on utility service account** | | | | **359.10** |
| Account No.<br><br>**Professional Recovery Consultants**<br>**2700 Meridian Parkway, Ste. 200**<br>**Durham, NC 27713** | | | | **Representing:**<br>**Peoples Gas / Peoples Energy** | | | | **Notice Only** |
| Account No. **6500051137606**<br><br>**Peoples Gas / Peoples Energy**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60601** | | H | | **Opened  5/01/08  Last Active 11/01/08**<br>**Claim for balance on utility service account** | | | | **Unknown** |
| Account No.<br><br>**Professional Recovery Consultants**<br>**2700 Meridian Parkway, Ste. 200**<br>**Durham, NC 27713** | | | | **Representing:**<br>**Peoples Gas / Peoples Energy** | | | | **Notice Only** |
| Account No. **70010621185781253**<br><br>**Portfolio Recovery Associates, LLC**<br>**140 Corporate Blvd.**<br>**Norfolk, VA 23502** | | H | | **on or about 3/6/2012**<br>**Judgment entered against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Illinois, Case No. 2011-M1-141923** | | | | **6,423.80** |

Sheet no. __**32**__ of __**49**__  sheets attached to Schedule of          Subtotal             | **6,782.90**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**                                          Case No. _____
         **MARIA M. DIAZ**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Freedman Anselmo Lindberg LLC** **1807 W. Diehl Road, Ste. 333** **P.O. Box 3228** **Naperville, IL 60566** | | | **Representing:** **Portfolio Recovery Associates, LLC** | | | | **Notice Only** |
| Account No. **HSBC -01062185781253** | | | **Opened 7/15/10  Last Active 7/01/09** **Collection Hsbc Bank Nevada  N.** | | | | |
| **Portfolio Recvry&Affil** **120 Corporate Blvd.** **Norfolk, VA 23502** | | H | | | | | **6,868.00** |
| Account No. **2112020100008266 / 10643692** | | | **on or about 2004 - 2011** **Claim for balance due on account for and/or acquired from Carson's and/or HSBC Bank Nevada and/or LVNV Funding LLC** | | | | |
| **Resurgent Capital Services L.P.** **c/o J.C. Christensen & Associates** **P.O. Box 519** **Sauk Rapids, MN 56379** | | J | | | | | **1,596.96** |
| Account No. | | | | | | | |
| **LVNV Funding LLC** **P.O. Box 740281** **Houston, TX 77274** | | | **Representing:** **Resurgent Capital Services L.P.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Resurgent Capital Services LP** **c/o Financial Recovery Services** **P.O. Box 385908** **Minneapolis, MN 55438** | | | **Representing:** **Resurgent Capital Services L.P.** | | | | **Notice Only** |

Sheet no. __33__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,464.96**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**                                                                    Case No. _____
     **MARIA M. DIAZ,**

_____,
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **RRS File No. A93771**<br><br>**Retail Recovery Service of NJ, Inc.**<br>**190 Moore Street, Ste. 201**<br>**Hackensack, NJ 07601** | | J | **Claim for balance due on account for and/or acquired from WFFNB and/or Harlem Furniture** | | | | **6,878.18** |
| Account No. **7714100495545790**<br><br>**Sam's Club**<br>**PO Box 530942**<br>**Atlanta, GA 30353** | | J | **Opened 3/31/09 Last Active 5/31/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,586.43** |
| Account No.<br><br>**First National Collection Bureau**<br>**610 Watham Way**<br>**Sparks, NV 89434** | | | **Representing:**<br>**Sam's Club** | | | | **Notice Only** |
| Account No. **5121071975351580**<br><br>**Sears / Citibank NA**<br>**PO Box 6189**<br>**Sioux Falls, SD 57117** | | H | **Opened 3/10/09 Last Active 6/24/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **10,172.00** |
| Account No. **5121071969139140**<br><br>**Sears / Citibank NA**<br>**Sears Gold MasterCard**<br>**PO Box 6189**<br>**Sioux Falls, SD 57117** | | W | **Opened 12/03/08 Last Active 6/24/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **5,954.00** |

Sheet no. __**34**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,590.61**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GERMAN DIAZ,**
       **MARIA M. DIAZ**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sears Credit Cards<br>PO Box 183082<br>Columbus, OH 43218** | | | Representing:<br>**Sears / Citibank NA** | | | | **Notice Only** |
| Account No. **5121075034303185**<br><br>**Sears / Citibank NA<br>PO Box 6189<br>Sioux Falls, SD 57117** | | W | Opened 7/15/04  Last Active  3/29/09<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **3,554.00** |
| Account No. **5049941410964313**<br><br>**Sears / Citibank NA<br>PO Box 6189<br>Sioux Falls, SD 57117** | | H | Opened  3/10/09  Last Active  7/08/09<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **972.00** |
| Account No.<br><br>**Sears Credit Cards<br>PO Box 183081<br>Columbus, OH 43218** | | | Representing:<br>**Sears / Citibank NA** | | | | **Notice Only** |
| Account No. **5049948079484509**<br><br>**Sears / Citibank NA<br>Sears Credit Cards<br>PO Box 6189<br>Sioux Falls, SD 57117** | | W | Opened  7/25/02  Last Active  6/24/09<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **652.00** |

Sheet no. __35__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,178.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
    **MARIA M. DIAZ**

Case No. _____

                                                 ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sears Credit Cards**<br>**PO Box 183081**<br>**Columbus, OH 43218** | | | **Representing:**<br>**Sears / Citibank NA** | | | | **Notice Only** |
| Account No. **5049941056880294**<br><br>**Sears/Cbna**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | W | Opened  7/05/08  Last Active  7/11/08<br>Charge Account | | | | **0.00** |
| Account No. **5121071765846898**<br><br>**Sears/Cbna**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | H | Opened  6/01/93  Last Active  5/14/99<br>Credit account | | | | **Unknown** |
| Account No. **449995000033**<br><br>**Security Bankcard Ctr**<br>**PO Box 6139**<br>**Norman, OK 73070** | | J | Opened 11/08/04  Last Active  6/06/11<br>Claim for balance due on credit account | | | | **1,046.00** |
| Account No. **1118355**<br><br>**Security Credit Services LLC**<br>**2653 W. Oxford Loop**<br>**Oxford, MS 38655** | | H | Opened  1/28/10<br>Claim for balance due on account for and/or acquired from GECRB | | | | **1,786.00** |

Sheet no. __**36**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,832.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GERMAN DIAZ,**
       **MARIA M. DIAZ**
                                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First National Collection Bureau**<br>**610 Watham Way**<br>**Sparks, NV 89434** | | | **Representing:**<br>**Security Credit Services LLC** | | | | **Notice Only** |
| Account No. <br><br>**United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd., Ste. 206**<br>**Toledo, OH 43614** | | | **Representing:**<br>**Security Credit Services LLC** | | | | **Notice Only** |
| Account No. **1464570**<br><br>**Security Credit Services LLC**<br>**2653 W. Oxford Loop**<br>**Oxford, MS 38655** | | W | **Opened 11/24/10 Last Active 1/01/10**<br>**Claim for balance due on account for and/or acquired from GECRB** | | | | **572.00** |
| Account No. <br><br>**First National Collection Bureau**<br>**610 Watham Way**<br>**Sparks, NV 89434** | | | **Representing:**<br>**Security Credit Services LLC** | | | | **Notice Only** |
| Account No. <br><br>**United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd., Ste. 206**<br>**Toledo, OH 43614** | | | **Representing:**<br>**Security Credit Services LLC** | | | | **Notice Only** |

Sheet no. __**37**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**572.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
      **MARIA M. DIAZ,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various**<br><br>**Security Credit Services LLC**<br>**2653 W. Oxford Loop**<br>**Oxford, MS 38655** | | J | on or about various dates<br>**Any and all claims for balances due  on credit accounts for and/or acquired from any and all of Debtors' creditors** | | | | **Unknown** |
| Account No.<br><br>**First National Collection Bureau**<br>**610 Watham Way**<br>**Sparks, NV 89434** | | | Representing:<br>Security Credit Services LLC | | | | **Notice Only** |
| Account No.<br><br>**United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd., Ste. 206**<br>**Toledo, OH 43614** | | | Representing:<br>Security Credit Services LLC | | | | **Notice Only** |
| Account No. **4352377607439369**<br><br>**Target**<br>**Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459** | | W | Opened  4/23/09  Last Active  7/01/09<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **2,816.12** |
| Account No.<br><br>**Firstsource Advantage, LLC**<br>**P.O. Box 628**<br>**Buffalo, NY 14240** | | | Representing:<br>Target | | | | **Notice Only** |

Sheet no. __**38**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,816.12**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GERMAN DIAZ,**
    **MARIA M. DIAZ**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060** | | | **Representing: Target** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Credit Management, Inc. 8875 Aero Drive San Diego, CA 92123** | | | **Representing: Target** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Funding LLC Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060** | | | **Representing: Target** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **National Asset Recovery Services PO Box 701 Chesterfield, MO 63006** | | | **Representing: Target** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **National Enterprise Systems 29125 Solon Road Solon, OH 44139** | | | **Representing: Target** | | | | **Notice Only** |

Sheet no. __39__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
   **MARIA M. DIAZ,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | Representing:<br>Target | | | | **Notice Only** |
| Account No. 641941765<br><br>**Target**<br>**Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459** | | H | Opened 5/06/09 Last Active 8/01/09<br>Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | **543.44** |
| Account No.<br><br>**Firstsource Advantage, LLC**<br>**P.O. Box 628**<br>**Buffalo, NY 14240** | | | Representing:<br>Target | | | | **Notice Only** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | Representing:<br>Target | | | | **Notice Only** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | Representing:<br>Target | | | | **Notice Only** |

Sheet no. __40__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**543.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
      **MARIA M. DIAZ**
                                                    ,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | Representing:<br>Target | | | | **Notice Only** |
| Account No. <br><br>**National Asset Recovery Services**<br>**PO Box 701**<br>**Chesterfield, MO 63006** | | | Representing:<br>Target | | | | **Notice Only** |
| Account No. <br><br>**National Enterprise Systems**<br>**29125 Solon Road**<br>**Solon, OH 44139** | | | Representing:<br>Target | | | | **Notice Only** |
| Account No. <br><br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | Representing:<br>Target | | | | **Notice Only** |
| Account No. **4352371700330179** <br><br>**Target Nb**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | W | Opened  6/11/05  Last Active 12/01/07<br>Credit account | | | | **0.00** |

Sheet no. __**41**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
       **MARIA M. DIAZ,**
                                                  ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9208000024108001**<br><br>**Tcf Ntl Bnk**<br>**405 N Roberts**<br>**Saint Paul, MN 55101** | | J | **Opened 4/22/03 Last Active 11/21/03**<br>**Credit account** | | | | 0.00 |
| Account No. **9208000034188001**<br><br>**Tcf Ntl Bnk**<br>**405 N Roberts**<br>**Saint Paul, MN 55101** | | J | **Opened 11/24/03 Last Active 10/18/04**<br>**Credit account** | | | | 0.00 |
| Account No. **9208062019828001**<br><br>**Tcf Ntl Bnk**<br>**405 N Roberts**<br>**Saint Paul, MN 55101** | | J | **Opened 4/22/03 Last Active 11/21/03**<br>**Credit account** | | | | 0.00 |
| Account No. **9208062029318001**<br><br>**Tcf Ntl Bnk**<br>**405 N Roberts**<br>**Saint Paul, MN 55101** | | J | **Opened 11/24/03 Last Active 11/02/04**<br>**Credit account** | | | | 0.00 |
| Account No. **62960**<br><br>**Tennebaum, Anstadt & Proctor**<br>**675 W. North Avenue, Ste. 107**<br>**Melrose Park, IL 60160** | | J | **on or about 2011 - 2012**<br>**Medical services** | | | | 30.00 |

Sheet no. __42__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **30.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
        **MARIA M. DIAZ,**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **The Bank of New York** <br> **c/o Jaros, Tittle & O'Toole, Ltd.** <br> **20 N. Clark Street, Ste. 510** <br> **Chicago, IL 60602** | | H | **Claim for deficiency in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **6035320295887382** <br><br> **The Home Depot** <br> **Home Depot Credit Services** <br> **Processing Center** <br> **Des Moines, IA 50364** | | J | **Opened 4/06/09 Last Active 6/24/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **7,540.42** |
| Account No. <br><br> **ARS National Services, Inc.** <br> **P.O. Box 463023** <br> **Escondido, CA 92046** | | | **Representing:** <br> **The Home Depot** | | | | **Notice Only** |
| Account No. <br><br> **Associated Recovery Systems** <br> **ARS National Services Inc.** <br> **PO Box 469046** <br> **Escondido, CA 92046** | | | **Representing:** <br> **The Home Depot** | | | | **Notice Only** |
| Account No. <br><br> **Client Services, Inc.** <br> **3451 Harry S. Truman Blvd.** <br> **Saint Charles, MO 63301** | | | **Representing:** <br> **The Home Depot** | | | | **Notice Only** |

Sheet no. __43__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,540.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
     **MARIA M. DIAZ,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **NCO Financial Systems**<br>**P.O. Box 15889**<br>**Wilmington, DE 19850** | | | | **Representing:**<br>**The Home Depot** | | | | **Notice Only** |
| Account No. **6035320295888323** | | | | **Opened  4/06/09  Last Active  2/01/10**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | |
| **The Home Depot**<br>**Home Depot Credit Services**<br>**Processing Center**<br>**Des Moines, IA 50364** | | J | | | | | | **3,598.00** |
| Account No. | | | | | | | | |
| **ARS National Services, Inc.**<br>**P.O. Box 463023**<br>**Escondido, CA 92046** | | | | **Representing:**<br>**The Home Depot** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Associated Recovery Systems**<br>**P.O. Box 469046**<br>**Escondido, CA 92046** | | | | **Representing:**<br>**The Home Depot** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Client Services, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**Saint Charles, MO 63301** | | | | **Representing:**<br>**The Home Depot** | | | | **Notice Only** |

Sheet no. __**44**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,598.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
    **MARIA M. DIAZ,**

Case No. _____

_____,

                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NCO Financial Systems**<br>**P.O. Box 15889**<br>**Wilmington, DE 19850** | | | **Representing:**<br>**The Home Depot** | | | | **Notice Only** |
| Account No. **5856-3706-9095-4764**<br><br>**The Room Place**<br>**PO Box 659704**<br>**San Antonio, TX 78265** | | J | **Opened  4/05/09  Last Active  6/17/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **9,959.65** |
| Account No. **5856370690955159**<br><br>**The Room Place**<br>**PO Box 659704**<br>**San Antonio, TX 78265** | | J | **Opened  4/05/09  Last Active  6/17/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **6,878.00** |
| Account No.<br><br>**Vericrest**<br>**PO Box 24610**<br>**Oklahoma City, OK 73124** | | H | **Claim for deficiency in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **6032203384513395**<br><br>**Wal-Mart**<br>**PO Box 530927**<br>**Atlanta, GA 30353** | | J | **on or about 2008 - 2011**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **749.01** |

Sheet no. __45__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,586.66**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GERMAN DIAZ,**
    **MARIA M. DIAZ**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5856370690954764<br><br>**WFNNB / Harlem Furniture**<br>**WFNNB - Bankruptcy Department**<br>**P.O. Box 182125**<br>**Columbus, OH 43218** | | J | | **on or about 2005 - 2009**<br>**Claim for balance due on credit account** | | | | 12,351.50 |
| Account No.<br><br>**CAC Financial Corp.**<br>**2601 NW Expressway, Ste. 1000 East**<br>**Oklahoma City, OK 73112** | | | | Representing:<br>WFNNB / Harlem Furniture | | | | Notice Only |
| Account No.<br><br>**National Recovery Center, Inc.**<br>**6491 Peachtree Industrial Blvd.**<br>**Atlanta, GA 30360** | | | | Representing:<br>WFNNB / Harlem Furniture | | | | Notice Only |
| Account No.<br><br>**Prof. Bur. of Coll. of Maryland Inc**<br>**PO Box 628**<br>**Elk Grove, CA 95759** | | | | Representing:<br>WFNNB / Harlem Furniture | | | | Notice Only |
| Account No. 5856370690955159<br><br>**WFNNB / Harlem Furniture**<br>**WFNNB - Bankruptcy Department**<br>**P.O. Box 182125**<br>**Columbus, OH 43218** | | J | | **on or about 2004 - 2011**<br>**Claim for balance due on credit account** | | | | 6,878.18 |

Sheet no. __46__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 19,229.68 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
         **MARIA M. DIAZ,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| CAC Financial Corp. 2601 NW Expressway, Ste. 1000 East Oklahoma City, OK 73112 | | | | Representing: WFNNB / Harlem Furniture | | | | Notice Only |
| Account No. | | | | | | | | |
| National Recovery Center, Inc. 6491 Peachtree Industrial Blvd. Atlanta, GA 30360 | | | | Representing: WFNNB / Harlem Furniture | | | | Notice Only |
| Account No. | | | | | | | | |
| Retail Recovery Service of NJ, Inc. 190 Moore Street, Ste. 201 Hackensack, NJ 07601 | | | | Representing: WFNNB / Harlem Furniture | | | | Notice Only |
| Account No. 5856370690955159 | | W | | Opened 4/05/09 Last Active 6/17/09 Claim for balance due on credit account | | | | |
| WFNNB / The Room Place WFNNB - Bankruptcy Department P.O. Box 182125 Columbus, OH 43218 | | | | | | | | 6,878.00 |
| Account No. | | | | | | | | |
| CAC Financial Corp. 2601 NW Expressway, Ste. 1000 East Oklahoma City, OK 73112 | | | | Representing: WFNNB / The Room Place | | | | Notice Only |

Sheet no. __47__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,878.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
          **MARIA M. DIAZ**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**National Recovery Center, Inc.**<br>**6491 Peachtree Industrial Blvd.**<br>**Atlanta, GA 30360** | | | **Representing:**<br>**WFNNB / The Room Place** | | | | **Notice Only** |
| Account No.<br><br>**Retail Recovery Service of NJ, Inc.**<br>**190 Moore Street, Ste. 201**<br>**Hackensack, NJ 07601** | | | **Representing:**<br>**WFNNB / The Room Place** | | | | **Notice Only** |
| Account No.<br><br>**RGS Collections**<br>**PO Box 852039**<br>**Richardson, TX 75085** | | | **Representing:**<br>**WFNNB / The Room Place** | | | | **Notice Only** |
| Account No. 5856370690954764<br><br>**WFNNB / The Room Place**<br>**WFNNB - Bankruptcy Department**<br>**P.O. Box 182125**<br>**Columbus, OH 43218** | J | | **Opened 4/05/09 Last Active 6/17/09**<br>**Claim for balance due on credit account** | | | | **9,959.65** |
| Account No.<br><br>**CAC Financial Corp.**<br>**2601 NW Expressway, Ste. 1000 East**<br>**Oklahoma City, OK 73112** | | | **Representing:**<br>**WFNNB / The Room Place** | | | | **Notice Only** |

Sheet no. __48__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **9,959.65**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GERMAN DIAZ,**
      **MARIA M. DIAZ**
                                             ,       Case No. _____

                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **National Recovery Center, Inc.** <br> **6491 Peachtree Industrial Blvd.** <br> **Atlanta, GA 30360** | | | | **Representing:** <br> **WFNNB / The Room Place** | | | | **Notice Only** |
| Account No. <br><br> **Retail Recovery Service of NJ, Inc.** <br> **190 Moore Street, Ste. 201** <br> **Hackensack, NJ 07601** | | | | **Representing:** <br> **WFNNB / The Room Place** | | | | **Notice Only** |
| Account No. <br><br><br> | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | |

Sheet no. __**49**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal                 **0.00**
             (Total of this page)

                           Total           **442,120.31**
(Report on Summary of Schedules)

B6G (Official Form 6G) (12/07)

.

In re    **GERMAN DIAZ,**                                                         Case No. _____
         **MARIA M. DIAZ**

_____ ,
                                Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **GERMAN DIAZ,**
      **MARIA M. DIAZ**
                        Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                       Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **GERMAN DIAZ**
**MARIA M. DIAZ**
Debtor(s)

Case No.

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** | AGE(S): **18 years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **none at present** | **none at present** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 1,150.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **See Detailed Income Attachment** | $ 3,031.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 4,181.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,181.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,181.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re   **GERMAN DIAZ**
       **MARIA M. DIAZ** _____   Case No. _____
                                     Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Social Security or other government assistance:**

| | | |
|---|---:|---:|
| **Social Security benefits (Debtor husband)** | $ **1,214.00** | $ **0.00** |
| **Social Security disability benefits (Debtor wife)** | $ **1,012.00** | $ **0.00** |
| **Social Security benefits (Debtors' son)** | $ **805.00** | $ **0.00** |
| **Total Social Security or other government assistance** | $ **3,031.00** | $ **0.00** |

B6J (Official Form 6J) (12/07)

In re    **GERMAN DIAZ**    **MARIA M. DIAZ**           Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,681.00 |
|    a. Are real estate taxes included?    Yes **X**    No ___ | | |
|    b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 300.00 |
|             b. Water and sewer | $ | 45.00 |
|             c. Telephone | $ | 181.00 |
|             d. Other   **Cable TV & internet service** | $ | 85.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 650.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 0.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 75.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|          (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 0.00 |
|             b. Other   **Second mortgage / home equity line of credit** | $ | 220.00 |
|             c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 350.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,242.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 4,181.00 |
| b.    Average monthly expenses from Line 18 above | $ | 4,242.00 |
| c.    Monthly net income (a. minus b.) | $ | -61.00 |

B6J (Official Form 6J) (12/07)

|  | **GERMAN DIAZ** |  |  |
|---|---|---|---|
| In re | **MARIA M. DIAZ** | | Case No. |
| | Debtor(s) | | |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| **Prescription medication** | $ | **123.00** |
| **Personal grooming, to wit: hair & nails** | $ | **60.00** |
| **Auto maintenance** | $ | **25.00** |
| **Misc, sundry items** | $ | **25.00** |
| **Cigarettes** | $ | **117.00** |
| **Total Other Expenditures** | $ | **350.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **GERMAN DIAZ**
**MARIA M. DIAZ**

Debtor(s)

Case No.

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **70** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 25, 2012**

Signature  **/s/ GERMAN DIAZ**
**GERMAN DIAZ**
Debtor

Date  **June 25, 2012**

Signature  **/s/ MARIA M. DIAZ**
**MARIA M. DIAZ**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **GERMAN DIAZ**
**MARIA M. DIAZ**            Case No. _____

                     Debtor(s)      Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$17,907.00** | **2011: Wife Employment Income** |
| **$17,738.00** | **2010: Wife Employment Income** |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,581.00** | **2011: Both rental income** |
| **$3,090.00** | **2010: Both rental income** |
| **$5,860.00** | **2011: Husband SSI Benefits** |
| **$7,284.00** | **2012 YTD: Husband SSI Benefits** |
| **$1,012.00** | **2012 YTD: Wife SSI Benefits** |

### 3. Payments to creditors

None
☐

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Chase**<br>**PO Box 24696**<br>**Columbus, OH 43224** | **April, May & June, 2012**<br>**(regular monthly payments**<br>**due on first mortgage for**<br>**residence)** | **$5,043.00** | **$317,535.00** |

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

 

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing
☐    of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of New York vs. German Diaz, et. al Case No. 2010-CH-00141** | **Debtor husband is a Defendant in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure and Sale entered on 5/6/2010; Sheriff's Sale approved on 10/21/2010; Order for Possession entered on 10/21/2010** |
| **Deutsche Bank National vs. German Diaz, et. al. Case No. 2009-CH-44993** | **Debtor husband is a Defendant in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure and Sale set for 3/9/2010** |
| **Portfolio Recovery Associates, LLC vs. German Diaz Case No. 2011-M1-141923** | **Debtor husband is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Circuit Court of Cook County, Illinois** | **Judgment entered against Debtor husband on March 6, 2012 in the amount of $6,423.80.** |
| **Midland Funding LLC vs. Maria Diaz Case No. 2010-M1-181177** | **Debtor wife is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Circuit Court of Cook County, Illinois** | **Ex-parte default judgment entered against Debtor wife on March 31, 2011 in the amount of $5,954.83.** |
| **LVNV Funding LLC vs. Maria Diaz Case No. 2012 M1-117948** | **Debtor wife is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Circuit Court of Cook County, Illinois** | **pending and unresolved** |

4

None
�■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
�■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
�■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
�■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
�■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
�■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

5

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gregory D. Bruno**<br>**1807 N. Broadway**<br>**Melrose Park, IL 60160** | **January 6, 2012 & June 11, 2012** | **$2,000.00 has been paid to date for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Liberty Bank**<br>**2932 N. Milwaukee Avenue**<br>**Chicago, IL 60647** | **Checking account** | **Closed on or about 12/2011; zero balance at time of closing** |
| **Liberty Bank**<br>**2932 N. Milwaukee Avenue**<br>**Chicago, IL 60647** | **Savings account** | **Closed on or about 12/2011; approximate balance of $300.00 at time of closing** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **June 25, 2012**        Signature   **/s/ GERMAN DIAZ**
                                          **GERMAN DIAZ**
                                          Debtor

Date **June 25, 2012**        Signature   **/s/ MARIA M. DIAZ**
                                          **MARIA M. DIAZ**
                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **GERMAN DIAZ**
    **MARIA M. DIAZ**
_____
Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Three-unit apartment building located at 2333 N. Mango Avenue, Chicago, Illinois; Debtors occupy one unit as their residence; first floor is presently being rented** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain   **Debtor will retain collateral and continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase Home Equity** | **Describe Property Securing Debt:**<br>**Three-unit apartment building located at 2333 N. Mango Avenue, Chicago, Illinois; Debtors occupy one unit as their residence; first floor is presently being rented** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Debtors will attempt to modify loan terms**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **June 25, 2012**                    Signature   **/s/ GERMAN DIAZ**
                                                       **GERMAN DIAZ**
                                                       Debtor


Date  **June 25, 2012**                    Signature   **/s/ MARIA M. DIAZ**
                                                       **MARIA M. DIAZ**
                                                       Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **GERMAN DIAZ**
         **MARIA M. DIAZ** _____     Case No. _____
                                           Debtor(s)            Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,694.00 |
| Prior to the filing of this statement I have received | $ | 1,694.00 |
| Balance Due | $ | 0.00 |

2.    $ **306.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

       ■ Debtor      □ Other (specify):

4.    The source of compensation to be paid to me is:

       ■ Debtor      □ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 25, 2012** _____        **/s/ Gregory D. Bruno** _____
                                                **Gregory D. Bruno**
                                              **Law Offices of Gregory D. Bruno**
                                                **1807 N. Broadway**
                                                **Melrose Park, IL 60160**
                                                **(708) 343-4544   Fax: (708) 343-4670**

## AGREEMENT AS TO ATTORNEY'S FEES AND COSTS

## FOR LEGAL REPRESENTATION IN CHAPTER 7 BANKRUPTCY

This Agreement is made this _6th_ day of _JANUARY, 2012_ by and

between _GERMAN DIAZ_ (and _MARIA M. DIAZ_ ),

hereinafter referred to as the "Client," and GREGORY D. BRUNO and the Law Offices

of GREGORY D. BRUNO, hereinafter referred to as the "Attorney," for legal services to

be rendered by the Attorney on behalf of the Client in contemplation of or in connection

with a chapter 7 bankruptcy case.

Client and Attorney agree that the minimum fee to be paid by Client to the

Attorney for such legal services shall be $ _2,000.00_, which does/does not include

the bankruptcy filing fee of $306.00, and which does/does not include a credit report fee

of $ _70.00_. In this regard, Client agrees to deposit $ _500.00_ of the minimum fee

as a retainer, prior to the preparation of a bankruptcy petition; and Client further agrees to

pay the balance of the minimum fee within _$1,000.00 IN 3 MONTHS_ _$500.00 UPON COMPLETION_ thereafter. (Attorney

hereby acknowledges receipt of the sum of $ _500.00_ from Client on _1/6/2012_).

In return for the above-disclosed minimum fee, Attorney hereby agrees to render

legal services to the Client for all aspects of a chapter 7 bankruptcy, including:

(1) Analyze the amount and nature of the debts owed by the person filing
bankruptcy and determine the best remedy for the person's financial problems.

(2) Advise the person filing of the relief available under chapter 7 and the other
chapters of the Bankruptcy Code, and the advisability of proceeding under each chapter.

(3) Assist the person in obtaining the required pre-bankruptcy budget and credit
counseling briefing.

1

(4) Assemble the information and data necessary to prepare the chapter 7 bankruptcy forms for filing.

(5) Prepare the petitions, schedules, statements and other chapter 7 forms for filing with the bankruptcy court.

(6) Assist the person filing bankruptcy in arranging his or her assets so as to enable the person to retain as many of the assets as possible after the chapter 7 case is filed.

(7) Filing chapter 7 petitions, schedules, statements and other forms with the bankruptcy court, and, if necessary, notifying certain creditors of the commencement of the bankruptcy case.

(8) If necessary, assisting the person filing bankruptcy in reaffirming certain debts, redeeming personal property, setting aside mortgages or liens against exempt property, and otherwise carrying out the matters set forth in the statement of intention.

(9) Attending the meeting of creditors with the person filing bankruptcy and appearing with the person at any other hearings that may be held in the case.

(10) Assist the debtor in attending and completing the required instructional course on personal financial management.

(11) If necessary, preparing and filing amended schedules, statements, and other documents with the bankruptcy court in order to protect the rights of the person filing bankruptcy.

Client hereby acknowledges and agrees that the minimum fee stated in this Agreement may not be sufficient to pay and/or reimburse the Attorney for all of his attorney's fees and costs/expenses, and in that event, the Client agrees to promptly pay any such additional amounts as they become due and owing.

Client also acknowledges and agrees that this Agreement does NOT cover, include or provide for legal representation of Client in other legal matters, including but not limited to: bankruptcy adversary proceedings, issues as to fraudulent conveyances, asset exemptions and/or debt dischargeability, tax proceedings, judicial lien avoidances, relief from stay actions, civil litigation, and criminal investigation and/or prosecution, for which additional fees would need to be agreed upon and pre-paid by the Client in the event that legal representation becomes necessary for those types of legal matters.

Due to a recent decision by the Illinois Supreme Court (Brian Dowling vs. Chicago Options Associates, Inc., Case No. 102578, Ill, 2007), the Attorney proposes to treat all payments made by the Client to the Attorney as an "advance payment retainer" in which the Client intends to make a present payment to the Attorney in exchange for the commitment to provide legal services in the future. Ownership of this retainer passes to

the Attorney immediately upon payment, and shall be deposited in the general office fund
account of the Attorney and not in a client trust account, and shall be withdrawn by the
Attorney at his sole discretion.   While the Client has the option to have such monetary
payment placed into a "security retainer" and the choice of the type of retainer to be used
is the Client's alone, the Supreme Court has found that the use of an "advance retainer
agreement" would be appropriate when a client is facing bankruptcy, a collection action
or a criminal forfeiture proceeding and therefore needs to secure and protect sufficient
funds out of the reach of seizure in order to hire legal counsel, thereby being
advantageous to the client   Your signature on this Agreement shall acknowledge and
confirm your acceptance and approval of the use of an "advance payment retainer" by the
Attorney.

**The undersigned hereby acknowledges that he or she has read and does**

**accept the foregoing Agreement.**

Signed: _____   Dated: ___4/6/2012___

Signed: _Genman Diaz_   Dated: ___4/6/2012___

Signed: _Maria Diaz_   Dated: ___4/6/2012___

3

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **GERMAN DIAZ**
**MARIA M. DIAZ**
_____ Case No. _____
Debtor(s)          Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**GERMAN DIAZ**
**MARIA M. DIAZ**
_____      X  **/s/ GERMAN DIAZ**          **June 25, 2012**
Printed Name(s) of Debtor(s)          Signature of Debtor          Date

Case No. (if known) _____      X  **/s/ MARIA M. DIAZ**          **June 25, 2012**
                Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **GERMAN DIAZ**
**MARIA M. DIAZ**

Case No.

Debtor(s)

Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      **270**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 25, 2012**          **/s/ GERMAN DIAZ**
**GERMAN DIAZ**
Signature of Debtor

Date:  **June 25, 2012**          **/s/ MARIA M. DIAZ**
**MARIA M. DIAZ**
Signature of Debtor

Alliance Data Systems
Prof. Bur. of Coll. of Maryland Inc
PO Box 628
Elk Grove, CA 95759


Amaglmtd Bnk
1 W Monroe
Chicago, IL 60603


Americas Servicing Co
Po Box 10328
Des Moines, IA 50306


ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046


ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046


ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046


ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090

Asset Acceptance LLC
PO Box 1630
Warren, MI 48090


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090


Associated Recovery Systems
ARS National Services Inc.
PO Box 463023
Escondido, CA 92046


Associated Recovery Systems
ARS National Services Inc.
PO Box 469046
Escondido, CA 92046


Associated Recovery Systems
ARS National Services Inc.
PO Box 469046
Escondido, CA 92046


Associated Recovery Systems
ARS National Services Inc.
PO Box 463023
Escondido, CA 92046


Associated Recovery Systems
ARS National Services Inc.
PO Box 469046
Escondido, CA 92046

Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046


Bank Of America
Po Box 1598
Norfolk, VA 23501


Bank Of America
Po Box 982238
El Paso, TX 79998


Bank of America
PO Box 15019
Wilmington, DE 19886


Bank of America, N.A.
450 American Street
Simi Valley, CA 93065


Bank Of America, N.A.
450 American St
Simi Valley, CA 93065


Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank Of America, N.A.
150 Allegheny Center Mal
Pittsburgh, PA 15212


Bank Of America, N.A.
150 Allegheny Center Mal
Pittsburgh, PA 15212


Bank of America, N.A.
450 American Street
Simi Valley, CA 93065


Belmont, Daniel, M.D.
1853 W. Congress Parkway, #622
Chicago, IL 60612

Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive, Ste.400
Chicago, IL 60606


CAC Financial Corp.
2601 NW Expressway, Ste. 1000 East
Oklahoma City, OK 73112


CAC Financial Corp.
2601 NW Expressway, Ste. 1000 East
Oklahoma City, OK 73112


CAC Financial Corp.
2601 NW Expressway, Ste. 1000 East
Oklahoma City, OK 73112


CAC Financial Corp.
2601 NW Expressway, Ste. 1000 East
Oklahoma City, OK 73112


CAC Financial Corp.
2601 NW Expressway, Ste. 1000 East
Oklahoma City, OK 73112


CAC Financial Corp.
2601 NW Expressway, Ste. 1000 East
Oklahoma City, OK 73112


CAC Financial Corp.
2601 NW Expressway, Ste. 1000 East
Oklahoma City, OK 73112


Cbna
Po Box 6497
Sioux Falls, SD 57117


Cerno Solutions, LLC
2711 N. Haskell Avenue, Ste. 1800
Dallas, TX 75204


Cerno Solutions, LLC
PO Box 268883
Oklahoma City, OK 73126

Cerno Solutions, LLC
2711 N. Haskell Avenue, Ste. 1800
Dallas, TX 75204

Cerno Solutions, LLC
PO Box 268883
Oklahoma City, OK 73126

Chase
PO Box 24696
Columbus, OH 43224

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 901039
Fort Worth, TX 76101

Chase
PO Box 901039
Fort Worth, TX 76101

Chase
JPM Chase Mortgage
PO Box 24696
Columbus, OH 43224

Chase # 04899212-44  AA
Chase Receivables
1247 Broadway
Sonoma, CA 95476

Chase / Chase Bank USA, N.A.
c/o Law Offices of Mitchell N. Kay
7 Penn Plaza
New York, NY 10001

Chase Bank Usa, Na
Po Box 15298
Wilmington, DE 19850

Chase Home Equity
JPM Chase Mortgage
PO Box 24785
Columbus, OH 43224


Citibank N A
701 E 60th St N
Sioux Falls, SD 57104


Citibank, N.A. / The Home Depot
PO Box 6497
Sioux Falls, SD 57117


Citibank, N.A. / The Home Depot
PO Box 6497
Sioux Falls, SD 57117


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Consecofin
345 St Peter/900 Landmk
Saint Paul, MN 55102


Deutsche Bank National
c/o Johnson Blumberg Associates
230 W. Monroe Street
Chicago, IL 60606

Deutsche Bank National
c/o Johnson Blumberg Associates
230 W. Monroe Street
Chicago, IL 60606


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Echelon Recovery Inc.
PO Box 1880
Voorhees, NJ 08043


Farmers Insurance Group
c/o Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459


FIA Card Services
FIA Card Services, N.A.
P.O. Box 851001
Dallas, TX 75285


FIA Card Services
FIA Card Services, N.A.
P.O. Box 15019
Wilmington, DE 19886


First Franklin Loan Services
PO Box 660598
Dallas, TX 75266


First Franklin Loan Services
PO Box 660598
Dallas, TX 75266


First National Collection Bureau
610 Watham Way
Sparks, NV 89434


First National Collection Bureau
610 Watham Way
Sparks, NV 89434

First National Collection Bureau
610 Watham Way
Sparks, NV 89434


First National Collection Bureau
610 Watham Way
Sparks, NV 89434


First National Collection Bureau
610 Watham Way
Sparks, NV 89434


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Firstsource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240


Firstsource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240


Freedman Anselmo Lindberg LLC
1807 W. Diehl Road, Ste. 333
P.O. Box 3228
Naperville, IL 60566


Fremont Investment & L
175 N Riverview Dr
Anaheim, CA 92808


Fremont Investment & L
175 N Riverview Dr
Anaheim, CA 92808


GE Capital Retail Bank / Sam's Club
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


Gecrb / Lowe's
PO Box 103065
Roswell, GA 30076

Gecrb/Sams
Po Box 965005
Orlando, FL 32896

Gecrb/Sams Club
Po Box 981400
El Paso, TX 79998

Gecrb/Sams Club
Po Box 981400
El Paso, TX 79998

Gecrb/Sams Club Dc
Po Box 981400
El Paso, TX 79998

Gemb / Walmart
PO Box 981400
El Paso, TX 79998

Gottlieb Memorial Hospital
PO Box 74867
Chicago, IL 60694

Gottlieb Memorial Hospital
PO Box 74867
Chicago, IL 60694

Harlem Furniture
Prof. Bur. of Coll. of Maryland Inc
PO Box 628
Elk Grove, CA 95759

Harlem Furniture
Retail Recovery Service of NJ, Inc.
190 Moore Street, Ste. 201
Hackensack, NJ 07601

HSBC / Carson's
PO Box 15521
Wilmington, DE 19805

HSBC / Menard's
90 Christiana Road
New Castle, DE 19720

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


HSBC Bank Nevada
PO Box 15519
Wilmington, DE 19850


HSBC Bank Nevada / Best Buy
PO Box 15519
Wilmington, DE 19850


HSBC Bank Nevada National
c/o Weltman, Weinberg & Reis Co.
PO Box 93784
Cleveland, OH 44101


HSBC Retail Services
PO Box 17602
Baltimore, MD 21297


Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL 60487


J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Leyden Township
2501 N. Mannheim Road
Franklin Park, IL 60131


Lowe's
PO Box 530914
Atlanta, GA 30353

Loyola Univ. Medical Center
PO Box 3266
Milwaukee, WI 53201


LVNV Funding LLC
PO Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


Main Street Acquisition Corp.
7473 West Lake Meade, 216
Las Vegas, NV 89128


Main Street Acquisition Corp.
7473 West Lake Meade, 216
Las Vegas, NV 89128


Menards
c/o HSBC Retail Services
PO Box 17602
Baltimore, MD 21297


Mercantile Adjustment Bureau, LLC
PO Box 9016
Buffalo, NY 14231


Mercantile Adjustment Bureau, LLC
PO Box 9016
Buffalo, NY 14231


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

```
Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060
```

Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123

Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123

Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123

Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123

Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123

Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123

Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123

Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123

Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123

Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123

```
Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060
```

Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


National Asset Recovery Services
PO Box 701
Chesterfield, MO 63006


National Asset Recovery Services
PO Box 701
Chesterfield, MO 63006


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


National Enterprise Systems
29125 Solon Road
Solon, OH 44139

National Recovery Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360

National Recovery Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360

National Recovery Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360

National Recovery Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360

National Recovery Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360

National Recovery Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360

Nationwide Credit & Collection Inc.
815 Commerce Dr., Ste. 270
Oak Brook, IL 60523

Nationwide Credit & Collection Inc.
815 Commerce Dr., Ste. 270
Oak Brook, IL 60523

NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826


Peoples Gas / Peoples Energy
130 E. Randolph Drive
Chicago, IL 60601


Peoples Gas / Peoples Energy
130 E. Randolph Drive
Chicago, IL 60601


Peoples Gas / Peoples Energy
130 E. Randolph Drive
Chicago, IL 60601


Peoples Gas / Peoples Energy
130 E. Randolph Drive
Chicago, IL 60601


Peoples Gas / Peoples Energy
130 E. Randolph Drive
Chicago, IL 60601


Peoples Gas / Peoples Energy
130 E. Randolph Drive
Chicago, IL 60601

Portfolio Recovery Associates LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recvry&Affil
120 Corporate Blvd.
Norfolk, VA 23502


Powers & Moon, LLC
707 Lake Cook Road, Ste. 102
Deerfield, IL 60015


Powers & Moon, LLC
707 Lake Cook Road, Ste. 102
Deerfield, IL 60015


Prin Res Mtg
Pob 711
Des Moines, IA 50303


Prof. Bur. of Coll. of Maryland Inc
PO Box 628
Elk Grove, CA 95759


Professional Bureau of Collections
of Maryland, Inc.
P.O. Box 628
Elk Grove, CA 95759


Professional Recovery Consultants
2700 Meridian Parkway, Ste. 200
Durham, NC 27713


Professional Recovery Consultants
2700 Meridian Parkway, Ste. 200
Durham, NC 27713

Professional Recovery Consultants
2700 Meridian Parkway, Ste. 200
Durham, NC 27713


Professional Recovery Consultants
2700 Meridian Parkway, Ste. 200
Durham, NC 27713


Professional Recovery Consultants
2700 Meridian Parkway, Ste. 200
Durham, NC 27713


Professional Recovery Consultants
2700 Meridian Parkway, Ste. 200
Durham, NC 27713


Resurgent Capital Services L.P.
c/o J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


Resurgent Capital Services LP
c/o J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


Resurgent Capital Services LP
c/o Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438


Retail Recovery Service of NJ, Inc.
190 Moore Street, Ste. 201
Hackensack, NJ 07601


Retail Recovery Service of NJ, Inc.
190 Moore Street, Ste. 201
Hackensack, NJ 07601


Retail Recovery Service of NJ, Inc.
190 Moore Street, Ste. 201
Hackensack, NJ 07601

Retail Recovery Service of NJ, Inc.
190 Moore Street, Ste. 201
Hackensack, NJ 07601


Retail Recovery Service of NJ, Inc.
190 Moore Street, Ste. 201
Hackensack, NJ 07601


RGS Collections
PO Box 852039
Richardson, TX 75085


RGS Collections
PO Box 852039
Richardson, TX 75085


Sam's Club
PO Box 530942
Atlanta, GA 30353


Sears / Citibank NA
PO Box 6189
Sioux Falls, SD 57117


Sears / Citibank NA
Sears Gold MasterCard
PO Box 6189
Sioux Falls, SD 57117


Sears / Citibank NA
PO Box 6189
Sioux Falls, SD 57117


Sears / Citibank NA
PO Box 6189
Sioux Falls, SD 57117


Sears / Citibank NA
Sears Credit Cards
PO Box 6189
Sioux Falls, SD 57117


Sears Credit Cards
PO Box 183082
Columbus, OH 43218

Sears Credit Cards
PO Box 183081
Columbus, OH 43218


Sears Credit Cards
PO Box 183081
Columbus, OH 43218


Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117


Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117


Security Bankcard Ctr
PO Box 6139
Norman, OK 73070


Security Credit Service
2623 W. Oxford Loop
Oxford, MS 38655


Security Credit Services LLC
2653 W. Oxford Loop
Oxford, MS 38655


Security Credit Services LLC
2653 W. Oxford Loop
Oxford, MS 38655


Security Credit Services LLC
2653 W. Oxford Loop
Oxford, MS 38655


Security Credit Services LLC
2653 W. Oxford Loop
Oxford, MS 38655


Target
Target National Bank
P.O. Box 59317
Minneapolis, MN 55459

Target
Target National Bank
P.O. Box 59317
Minneapolis, MN 55459


Target Nb
Po Box 673
Minneapolis, MN 55440


Tcf Ntl Bnk
405 N Roberts
Saint Paul, MN 55101


Tcf Ntl Bnk
405 N Roberts
Saint Paul, MN 55101


Tcf Ntl Bnk
405 N Roberts
Saint Paul, MN 55101


Tcf Ntl Bnk
405 N Roberts
Saint Paul, MN 55101


Tennebaum, Anstadt & Proctor
675 W. North Avenue, Ste. 107
Melrose Park, IL 60160


The Bank of New York
c/o Jaros, Tittle & O'Toole, Ltd.
20 N. Clark Street, Ste. 510
Chicago, IL 60602


The Bank of New York
c/o Jaros, Tittle & O'Toole, Ltd.
20 N. Clark Street, Ste. 510
Chicago, IL 60602


The Bank of New York
c/o Jaros, Tittle & O'Toole, Ltd.
20 N. Clark Street, Ste. 510
Chicago, IL 60602

The Home Depot
Home Depot Credit Services
Processing Center
Des Moines, IA 50364


The Home Depot
Home Depot Credit Services
Processing Center
Des Moines, IA 50364


The Room Place
PO Box 659704
San Antonio, TX 78265


The Room Place
PO Box 659704
San Antonio, TX 78265


United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272


United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272


Vericrest
PO Box 24610
Oklahoma City, OK 73124

```
Vericrest
PO Box 24610
Oklahoma City, OK 73124


Vericrest
715 S Metropolitan
Oklahoma City, OK 73108


Vericrest
PO Box 24610
Oklahoma City, OK 73124


Vital Recovery Services, Inc.
PO Box 923747
Norcross, GA 30010


Wal-Mart
PO Box 530927
Atlanta, GA 30353


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601
```

```
WFNNB / Harlem Furniture
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / Harlem Furniture
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / The Room Place
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / The Room Place
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218
```